ATLANTIC COAST LINE RAILROAD COMPANY, A CORPORATION, *Petitioner*, v. FLORIDA FINE FRUIT COMPANY, A CORPORATION, *Respondent*.

### Division B.

Decision Filed January 21, 1927.

Petition for Rehearing Denied February 25, 1927.

A Writ of Certiorari to the Circuit Court for Duval County; Daniel A. Simmons, Judge.

*Doggett, Christie & Doggett*, for Petitioner;

*P. L. Gaskins, John F. Hall* and *Gary W. Alexander*, for Respondent.

TERRELL, J.—Careful examination of the record in this cause disclosed that the parties, the issues and the questions of law raised herein are identical to the parties, the issues and the question of law raised in Atlantic Coast Line Railroad Company, a Corporation, v. Florida Fine Fruit Company, a Corporation, Number 538-Ap., decided this term, so the judgment of the Civil Court of Record as affirmed by the Circuit Court of Duval County is quashed on authority of that case.

WHITFIELD, P. J., AND BUFORD, J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion.

Opinion Filed June 14, 1927.

PER CURIAM.—Petition for rehearing on the part of respondent was granted in this cause for the purpose of

further considering whether or not the petition for *certiorari* should be denied on the ground that a good case was made on the general negligence and delay counts.

The record has been carefully re-examined. The verdict was general and the errors on which the judgment below was quashed so permeated and effected the entire proceeding we think that our former judgment herein must be and is hereby approved and the judgment of the Civil Court of Record as affirmed by the Circuit Court of Duval County is hereby quashed.

All concur.